**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

MARTY GREEN,

Plaintiff,

vs.

RBS NATIONAL BANK

Defendant.

CIVIL ACTION FILE

NO. 4:06-cv-188-HLM

# JUDGMENT

This action having come before the court, Honorable Harold L. Murphy, United States District' Judge, for consideration of defendant's Motion for Summary Judgment, and the court having granted said motion, it is

**Ordered and Adjudged** that the defendant recover from plaintiff the costs of this action.

Dated at Rome, Georgia this 23rd day of January, 2008.

JAMES N. HATTEN
CLERK OF COURT

By: s/J. Acker
Deputy Clerk

Prepared, Filed and Entered
In the Clerk's Office
January 23, 2008
James N. Hatten
Clerk of Court

By: s/J. Acker
Deputy Clerk