**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| Marty Green,<br><br>Plaintiff,<br><br>vs.<br><br>RBS National Bank,<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 4:06 - CV – 188 (HLM) |

**Plaintiff's Supplemental Response to Defendants Motion for Summary Judgment**

COMES NOW Marty Green, Plaintiff who respectfully requests this Court to Deny Defendant RBS, Motion for Summary Judgment.

On November 21, 2007, Defendant filed their Motion for Summary Judgment. This Motion (and its associated over 600 pages} appears to have contained several hundred pages of documents that were not previously identified to the Plaintiff, nor were many of these documents provided to the Plaintiff by the Defendant prior to filing their Motion.

Plaintiff has exceeded his burden to respond to each non-relevant issue contained in Defendant's Motion for Summary Judgment, and reiterates that the Defendant does not indicate any defense for the Defendants violations of the FCRA, as through each CRA dispute, by taking corrective action regarding Plaintiff's Consumer Report to indicate the removal of <u>at least one</u> account created in duplicate by error, or Fraud, of which in turn caused the Plaintiff considerable damages and systematic financial destitution.

Plaintiff has met his burden in responding to each statement contained in the Defendant's (over 600 page) Motion as carefully and diligently as possible considering that Plaintiff has only been provided approximately one half of the Defendant's Motion for Summary Judgment.

1. **Defendant's Motion for Summary Judgment is Incomplete as Filed**

Plaintiff has not yet been provided copies of the Documents, Exhibits and Deposition, therefore, Plaintiff has been unable to respond to the incomplete Motion for Summary Judgment as filed. Although Defendant has filed a copy of the Deposition and Exhibits with the Court, no Certificate of Service has been filed with this Court that would indicate that the Defendant has supplied the Plaintiff with the several hundred additional pages of documents to be considered with its Motion for Summary Judgment.

2. **Defendant's Motion for Summary Judgment Produces additional documents, Exhibits and Replies beyond the Pleadings.**

Defendant now appears to produce additional affidavits and references to each Affidavit containing additional Exhibits Docket [ 73-83 ] as not yet provided to the Plaintiff in Defendant's Reply to Plaintiff's Response to Defendant's Motion for Summary Judgment. Local Rule 7.1C, LR 7.1C, NDGa as referenced by LR 56.1A NDGa in reference to Motion for Summary Judgment limits replies in that Parties shall not be permitted to file supplemental briefs and materials with the exception of a reply.

Defendant introduces new Affidavits, and new Exhibits, not prior disclosed to Plaintiff, and as of the date of this Reply, not yet produced to the Plaintiff.

Because each of the before mentioned events have limited the Plaintiff's response to only approximately one half of the Defendants Motion for Summary Judgment, Plaintiff requests that the entire Motion for Summary Judgment be considered incomplete as filed and

The Plaintiff respectfully requests that the Defendants Motion for Summary Judgment be denied.

Respectfully submitted this 22nd of January, 2008.

Marty Green (signature)

Marty Green
(pro se)

Marty Green
PO BOX 555
Flintstone, Georgia 30725
Phone 423 320 2038
Email martincraiggreen@hotmail.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| Marty Green, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 4:06 - CV – 188 (HLM) |
| | ) | |
| | ) | |
| RBS National Bank, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the **PLAINTIFFS SUPPLEMENTAL RESPONSE TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT** was filed with the Clerk of Court. The undersigned also certifies that Marty Green's Supplemental Response to Defendant's Motion for Summary Judgment was served via United States Mail delivery to the DEFENDANT by Defendant's Request at the following address(s):

Henry R. Chalmers, Esq.
Arnall Golden Gregory LLP
171 17th Street NW, Suite 2100
Atlanta, Georgia 30363

This 22nd Day of January, 2008.

[signature]

**Marty Green**
**Plaintiff *Pro Se***