AO 133 (Rev. 9/89) Bill of Costs

# United States District Court

NORTHERN DISTRICT OF GEORGIA

ROME DIVISION

MARTY GREEN

V.

RBS NATIONAL BANK

## BILL OF COSTS

Case Number: 4:06-CV-188

Judgment having been entered in the above entitled action on 1/23/08 (*Date*) against Plaintiff

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk | $ --- |
| Fees for service of summons and subpoena See Exhibit A | 143.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case See Exhibit B | 2,287.95 |
| Fees and disbursements for printing See Exhibit C | 1,814.30 |
| Fees for witnesses (itemize on reverse side) | --- |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | --- |
| Docket fees under 28 U.S.C. 1923 | --- |
| Costs as shown on Mandate of Court of Appeals | --- |
| Compensation of court-appointed experts | --- |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | --- |
| Other costs (please itemize) | --- |
| TOTAL | $ 4,245.25 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services f which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid t

Marty Green

Signature of Attorney: [signature]

Name of Attorney: Richard A. Mitchell

For: Defendant RBS National Bank (Name of Claiming Party) Date: 2/25/08

Costs are taxed in the amount of $4,245.25 and included in the judgmen

JAMES N. HATTEN
*Clerk of Court*

By: [signature] *Deputy Clerk*

2/26/08 *Date*