**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

Marty Green,

Plaintiff,

vs.

RBS National Bank,

Defendant.

CRIMINAL ACTION FILE

NO. 4:06-cv-188-HLM

## ORDER

[ ] The sealed material should be returned to the submitting party.

[ ✓ ] The parties are directed to show cause within 10 days why the subject sealed material should not be made part of the public record.

[ ] The sealed material should be made part of the public record.

[ ] The clerk is directed to shred the sealed material.

[ ] The sealed material shall remain under seal permanently.

Dated this 4th day of Dec, 2008.

UNITED STATES DISTRICT JUDGE