**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

FILED IN CLERK'S OFFICE
U.S.D.C. Rome

DEC 19 2008

JAMES N. HATTEN, Clerk
By: Deputy Clerk

Marty Green, )
)
Plaintiff, )
)
vs. ) Civil Action No. 4:06 - CV – 188 (HLM)
)
)
RBS National Bank, )
)
Defendant )
)

**Response to Order**

COMES NOW Plaintiff, Marty Green ("Plaintiff") who responds to the Honorable Judge Harold Murphy's Order dated December 4, 2008 regarding sealed materials contained within the record.

Plaintiff requests that the sealed materials remain sealed, be destroyed or otherwise disposed of and not made part of the public record to protect the identities of all parties.

Plaintiff asks that this Court use its best judgment regarding the documents placed under seal.

Respectfully Submitted this 17th Day of December, 2008.

Marty Green

Marty Green

PO BOX 555
Flintstone, Georgia 30725
Phone 423 320 2038
martincraiggreen@hotmail.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| Marty Green, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 4:06 CV-188 - HLM |
| | ) | |
| | ) | |
| RBS National Bank, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

Certificate of Service

The Plaintiff, Marty Green Certifies that his RESPONSE regarding the order dated December 4, 2008 has been filed with the court and Plaintiff certifies that a copy of this RESPONSE has been submitted to the Defendant via United States Postal Mail at the following address:

Henry R. Chalmers
Arnall Golden & Gregory
Suite 2100
171 17th Street, NW
Atlanta, Georgia 30363

This 17th day of December, 2008.

Marty Green

Marty Green, Pro Se