IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

Marty Green,

Plaintiff,

v.

CIVIL ACTION FILE
NO. 4:06-CV-0188-HLM

RBS National Bank,

Defendant.

# ORDER

This case is before the Court on the Court's December 5, 2008, Order.

On December 5, 2008, the Court entered an Order directing the parties to show cause within ten days why the sealed material docketed as Docket Entry No. 100 should not be made a part of the public record in this case. (Order of Dec. 5, 2008.) On December 22, 2008, Plaintiff

responded to the December 5, 2008, Order, requesting that the Court either allow the material to remain sealed, direct that it be shredded, or direct the Clerk to return the material to the submitting party. (Docket Entry No. 116.) After considering Plaintiff's response to the December 5, 2008, Order, the Court **DIRECTS** the Clerk to **SHRED** the sealed material docketed as Docket Entry No. 100.

IT IS SO ORDERED, this the 23rd day of December, 2008.

UNITED STATES DISTRICT JUDGE



AO 72A
(Rev.8/82)